**D.V. GONZALEZ ELECTRIC & GENERAL CONTRACTORS, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 03–5091.

United States Court of Appeals, Federal Circuit.

Oct. 7, 2003.

### ORDER

NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public record.

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.*

**Johnny SPIERS, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 03–5150.

United States Court of Appeals, Federal Circuit.

Oct. 7, 2003.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

---

* Counsel is requested to forward a copy of this order to D.V. Gonzalez Electric & General Contractors, Inc.